IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILDFIRE INSURANCE GROUP, LLC, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> PRIME INSURANCE COMPANY, ) <br> ) <br> DEFENDANT. ) | CASE NO. 2:12-cv-847-MEF <br><br> (WO – Do Not Publish) |

**ORDER**

On February 13, 2013, the parties filed a Joint Motion to Stay Proceedings. (Doc. #18.) Having considered this motion, it is hereby ORDERED that the parties' motion is GRANTED. These proceedings are stayed until **March 15, 2013,** at which time the parties shall file a written report with the Court on the status of this matter.

DONE this the 14th day of February, 2013.

                                            /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE