IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILDFIRE INSURANCE GROUP, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-847-MEF |
| | ) | |
| PRIME INSURANCE COMPANY, | ) | (WO – Do Not Publish) |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

On February 13, 2013, the parties filed a Joint Motion to Stay Proceedings. (Doc. #18.)  Having considered this motion, it is hereby ORDERED that the parties' motion is GRANTED.  These proceedings are stayed until **March 15, 2013,** at which time the parties shall file a written report with the Court on the status of this matter.

DONE this the 14th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE