IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILDFIRE GROUP LLC,         )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         1:12cv847-MHT
                            )             (WO)
PRIME INSURANCE COMPANY,    )
                            )
    Defendant.              )
```

OPINION

Plaintiff Wildfire Group LLC filed this lawsuit seeking a declaratory judgment and asserting a variety of state-law claims against defendant Prime Insurance Company stemming from a dispute about funds Wildfire paid into a trust jointly established by the parties. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Wildfire's motion for partial summary judgment should be granted in part, in that the court should enter a declaration of the parties' rights and duties under the trust agreement for the purpose of determining whether Prime is required to authorize

**Wildfire's request for distribution of trust assets; that Wildfire's motion for partial summary judgment should be denied in all other respects; and that Prime's motion for summary judgment should be granted on all remaining claims. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 9th day of February, 2016.**

**　　　　　　　　　　　　  /s/ Myron H. Thompson　　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**