IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILDFIRE GROUP LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PRIME INSURANCE COMPANY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>1:12cv847-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 79) is adopted.

(2) Plaintiff Wildfire Group LLC's motion for partial summary judgment (doc. no. 64) is granted to the extent that the following declaratory judgment is entered: It is DECLARED that the trust agreement between the parties does not obligate defendant Prime Insurance Company to authorize a disbursement of trust funds to plaintiff Wildfire Group LLC for the

approximately $ 278,400.00 plaintiff Wildfire Group LLC contributed to the trust after December 9, 2011.

(3) Plaintiff Wildfire Group LLC's motion for partial summary judgment (doc. no. 64) is denied in all other respects.

(4) Defendant Prime Insurance Company's motion for summary judgment (doc no. 67) is granted.

(5) Judgment is entered in favor of defendant Prime Insurance Company and against plaintiff Wildfire Group LLC on its remaining claims, with plaintiff Wildfire Group LLC taking nothing by its remaining claims.

Each party shall bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of February, 2016.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE